In the Matter of the Claim of HERMAN BISHOFF, Respondent, against STORKS' NEST, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED SCHURICK, Appellant, against THE BAYER COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant broke his wrist in the performance of his duties as a volunteer fireman, and received the benefits provided by section 205 of the General Municipal Law. He returned to his regular employment as a machinist, and performed all his duties for about two months. While cutting threads on an iron rod with a stock and die, he twisted his arm and again broke his wrist in the same place, although the lines of the two fractures were not wholly identical. Upon ample medical testimony the Industrial Board found that the second fracture would not have occurred except for the weakened condition that still remained from the first, and that only one-half of the injury sustained was due to the second accident, and awarded one-half compensation under the provisions of subdivision 7 of section 15 of the Workmen's Compensation Law. The decision and award of the Industrial Board are unanimously affirmed. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of BENJAMIN WILEY, Respondent, against ARBUCKLE BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the appellants, the employer and the insurance carrier. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRANK KING, Respondent, against HELEN H. KOENIG, as Executrix of the Estate of MARY HENKLE, and ESTATE OF MARY HENKLE, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the appellants. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

HELEN FARRELL, as Administratrix, etc., of EDWARD FRASER, Deceased, Appellant, v. ROZELLAH KORY and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of PHILIP SORTINO, Respondent, against MERCHANTS DESPATCH, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to amend order of affirmance, entered November 23, 1934, to read " with one bill of costs to be divided between the claimant and the State Industrial Board, and also taxable disbursements incurred by the claimant and the State Industrial Board," granted. [See 242 App. Div. 882.] · Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.